# IN UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 18-20699-GLT** |
| **Todd A. Martin** | ) | **Chapter 13** |
| Debtor | ) | Doc No. |
| **Todd A. Martin** | ) | |
| Movant | ) | Motion No. WO-1 |
| v. | ) | |
| **Keane Frac LP** | ) | |
| Respondent | ) | |

### CERTIFICATE OF SERVICE FOR COURT ORDER ON DEBTOR'S
### WAGE ATTACHMENT MOTION ALONG WITH NOTIFICATION OF THE
### DEBTOR'S SOCIAL SECURITY NUMBER

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 18, 2018

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
a. Keane Frac LP, Attn: Payroll Manager, 5825 N Sam Houston Parkway W., Suite 600, Houston, TX 77086
b. Todd Martin **3073 Sebolt Road, South Park, PA 15129**

Executed on: **May 18, 2018**

**/s/Bryan P. Keenan**
Bryan P. Keenan, PA ID No. 89053
Bryan P. Keenan & Associates P.C.
Attorney for Debtor
993 Greentree Road, Suite 101
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com