# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Jointly Administered |
| Todd A. Martin | ) | Bankruptcy No. 18-20699-GLT |
| **Katrina B. Martin** | ) | Chapter 13 |
|    Debtor | ) | Doc No. |
| **Katrina B,. Martin** | ) | |
|    Movant | ) | |
|       v. | ) | |
| **Hyundai Lease Titling Trust** | ) | |
| **U.S. Bank National Association** | ) | |
| **Township of South Park & South Park SD** | ) | |
| **Portfolio Recovery Associate s, LLC** | ) | |
| **Quantum3 Group LLC as agent for** | ) | |
| **LVNV Funding, LLC its successors and** | ) | |
| **assigns as assignee o f Citibank, N.A.** | ) | |
| **Nordstrom, Inc, D Bank USA, PNC Bank,** | ) | |
| **Bank of America NA, Aspire/atlanticus,** | ) | |
| **Barclays Bank Delaware, Chase Card** | ) | |
|    Respondents | ) | |

## CERTIFICATE OF SERVICE FOR DEBTORS
## COVER SHEET, AMENDED SCHEDULE F,
## CHAPTER 13 MOC NOTICE, AND ORDER

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **July 10, 2018**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail.**

**1.) Service by Electronic Mail--**
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**1.) Service by First Class Mail--**
Hyundai Lease Titling Trust
PO Box 20825
Fountain Valley , CA 92728

U.S. Bank National Association
Bankruptcy Department
PO Box 108
St. Louis MO 63166-0108

Township of South Park & South Park SD
Goehring, Rutter & Boehm
c/o Jeffrey R. Hunt, Esquire
437 Grant Street, 14th Floor
Frick Building
Pittsburgh, PA 15219

Portfolio Recovery Associate s, LLC
POB 12914
Norfolk VA 2 3541

Quantum3 Group LLC as agent for
MOMA Funding LLC; Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

LVNV Funding, LLC its successors and
assigns as assignee o f Citibank, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Nordstrom, Inc.
Jefferson Capita l Systems LLC Assignee
Po Box 7999
Saint Cloud M n 56302-

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, ST E 400
SEATTLE, WA 98121

PNC Bank, National Association
PO Box 94982
Cleveland, OH 44101

Bank of America, N.A.
P O Box 982284
El Paso, TX 7999 8-2238

Aspire/atlanticus
PO Box 105555
Atlanta, GA 30348-5555

Barclays Bank Delaware
Attn: Correspondence
PO Box 8801
Wilmington, DE 19889

Chase Card Services
Correspondence Dept.
PO  Box 15298
Wilmington, DE 19850

    Executed on:  July 10, 2018    **/s/ Bryan P. Keenan**
    Bryan  P. Keenan, PA ID No. 89053
    Bryan  P. Keenan  & Associates P.C.
    Attorney for Debtor
    993 Greentree Road, Suite 101
    Pittsburgh, PA 15220
    (412) 922-5116
    keenan662@gmail.com