Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Todd A. Martin**
Debtor(s)

Bankruptcy Case No.: 18−20699−GLT
Issued Per 9/13/2018 Proceeding
Chapter: 13
Docket No.: 60 − 53
Concil. Conf.: September 13, 2018 at 01:00 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

　　　IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated July 10, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.　For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.　The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.　Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Sep. 13, 2018 at 01:00 PM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.　Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☒ E.　The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.　shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G.　The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 1 of Hyundai Lease Titling Trust (as filed at Case #18−21265) .

☒ H.　Additional Terms: A Fee Application is needed if any fee (including retainer) exceeds $4,000.00 including any fees paid to prior counsel.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**     After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**     Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**     Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**     Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**     The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**     In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

_[Signature]_
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: September 14, 2018

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 18-20699-GLT
Todd A. Martin                                                              Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dbas                Page 1 of 2              Date Rcvd: Sep 14, 2018
                            Form ID: 149              Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2018.
```
db              +Todd A. Martin,    3073 Sebolt Road,    South Park, PA 15129-9556
14876446         Aspire/atlanticus,    PO Box 105555,    Atlanta, GA 30348-5555
14876445        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14780918        +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
14876447        +Barclays Bank Delaware,    Attn: Correspondence,    PO Box 8801,    Wilmington, DE 19899-8801
14780919        +Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO 63179-0441
14780921        +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14876448        +Chase Card Services,    Correspondence Dept.,    PO Box 15298,    Wilmington, DE 19850-5298
14780922        +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                  Saint Louis, MO 63179-0040
14780923        +Citibank/Sunoco,    Citicorp Credit Card/Centralized Bankrup,    Po Box 790040,
                  St Louis, MO 63179-0040
14780924        +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                  S Louis, MO 63179-0040
14856407         Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
14780927        +Credit First National Assoc,    Attn: BK Credit Operations,    Po Box 81315,
                  Cleveland, OH 44181-0315
14876436        +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley , CA 92728-0825
14780930        +MRS,   Re: Chase Bank USA N.A.,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
14876442        +Nordstrom, Inc.,    Jefferson Capita l Systems LLC Assignee,    Po Box 7999,
                  Saint Cloud M n 56302- 56302-7999
14876444        +PNC Bank, National Association,    PO Box 94982,    Cleveland, OH 44101-4982
14780931       #+Paypal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
14876438        +Township of South Park & South Park SD,    Goehring, Rutter & Boehm,
                  c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                  Pittsburgh, PA 15219-6101
14876437       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:  U.S. Bank National Association,    Bankruptcy Department,
                  PO Box 108,    St. Louis MO 63166-0108)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14856073         E-mail/Text: WFB.Bankruptcy@cabelas.com Sep 15 2018 02:10:51      CAPITAL ONE BANK (USA), N.A.,
                  CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
14780920        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 15 2018 02:14:53      Capital One,
                  Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14780925        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2018 02:10:09
                  Comenity Bank/Restoreration Hardware,    Po Box 182125,    Columbus, OH 43218-2125
14780926        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2018 02:10:10
                  Comenity Bank/Sportsmans Guide,    Po Box 182125,    Columbus, OH 43218-2125
14867072        +E-mail/Text: bncmail@w-legal.com Sep 15 2018 02:10:32      Comenity Capital Bank/Paypal Credit,
                  c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14876441         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 15 2018 02:14:19
                  LVNV Funding, LLC its successors and,    assigns as assignee o f Citibank, N.A.,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14867143         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 15 2018 02:14:19
                  LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                  Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14866713         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 15 2018 02:14:18
                  LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14780929        +E-mail/Text: bk@lendingclub.com Sep 15 2018 02:10:40      Lending Club Corp,    71 Stevenson St,
                  Suite 300,    San Francisco, CA 94105-2985
14782670        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2018 02:14:13
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14866837        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 15 2018 02:14:19
                  PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                  Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14876439        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2018 02:36:16
                  Portfolio Recovery Associate s, LLC,    POB 12914,    Norfolk VA 23541-0914
14876440         E-mail/Text: bnc-quantum@quantum3group.com Sep 15 2018 02:10:13
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC; Comenity Bank,    PO Box 788,
                  Kirkland, WA 98083-0788
14862387         E-mail/Text: bnc-quantum@quantum3group.com Sep 15 2018 02:10:13
                  Quantum3 Group LLC as agent for,    Velocity Investments LLC,    PO Box 788,
                  Kirkland, WA 98083-0788
14866161         E-mail/Text: bnc-quantum@quantum3group.com Sep 15 2018 02:10:13
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
14863773         E-mail/Text: bnc-quantum@quantum3group.com Sep 15 2018 02:10:13
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14834255        +E-mail/Text: bankruptcyteam@quickenloans.com Sep 15 2018 02:10:36      Quicken Loans Inc.,
                  635 Woodward Avenue,    Detroit, MI 48226-3408
14780933        +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2018 02:14:52      Synchrony Bank/Amazon,
                  Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
```

```
District/off: 0315-2          User: dbas               Page 2 of 2               Date Rcvd: Sep 14, 2018
                              Form ID: 149             Total Noticed: 41

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14780934         +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2018 02:14:32      Synchrony Bank/Lowes,
                  Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
14876443         +E-mail/Text: bncmail@w-legal.com Sep 15 2018 02:10:32      TD Bank USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, ST E 400,    SEATTLE, WA 98121-3132
14780935         +E-mail/Text: WFB.Bankruptcy@cabelas.com Sep 15 2018 02:10:51      Worlds Foremost Bank,
                  4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463
                                                                                              TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Quicken Loans Inc.
14780932         Quicken Loans
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14780917        ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
14780928        ##+Jaffe and Asher LLP,    c/o Amy Doyle Esquire,    11 East Market Street Suite 102,
                  York, PA 17401-1263
                                                                                   TOTALS: 2, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2018 at the address(es) listed below:
              Bryan P. Keenan    on behalf of Debtor Todd A. Martin keenan662@gmail.com, melindap662@gmail.com
              Bryan P. Keenan    on behalf of Debtor Katrina B. Martin keenan662@gmail.com,
               melindap662@gmail.com
              James   Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   Township of South Park/South Park School District
               jhunt@grblaw.com,    cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 7
```