**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-20699-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Todd A. Martin
3073 Sebolt Road
South Park PA 15129

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/26/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 12: Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121 | Synchrony Bank<br>C/O Weinstein & Riley, P.S.<br>2001 Western Ave., Suite #400<br>Seattle, WA 98121 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/28/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Todd A. Martin  
      Debtor

Case No. 18-20699-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: lkat      Page 1 of 1      Date Rcvd: Sep 26, 2018  
                      Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2018.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14867072       +E-mail/Text: bncmail@w-legal.com Sep 27 2018 03:16:43      Comenity Capital Bank/Paypal Credit,  
        c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,   Seattle, WA 98121-3132  
                                                                                                                                                                               TOTAL: 1

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2018 at the address(es) listed below:  
        Bryan P. Keenan    on behalf of Debtor Todd A. Martin keenan662@gmail.com,  melindap662@gmail.com  
        Bryan P. Keenan    on behalf of Debtor Katrina B. Martin keenan662@gmail.com,  
         melindap662@gmail.com  
        James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
        Jeffrey R. Hunt    on behalf of Creditor    Township of South Park/South Park School District  
         jhunt@grblaw.com,   cnoroski@grblaw.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                                                                                                                                                           TOTAL: 7