IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Todd A. Martin |
|---|---|
| CASE NO. | 18-20699 GLT |
| RELATED TO DOCUMENT NO. | Notice of Creditor Change of Address (Capital One Bank (USA) N.A. Cabela's Club Visa)    Claim 2 |

NOTICE REGARDING
NONCONFORMING DOCUMENT

The **Notice of Creditor Change of Address (Capital One Bank (USA) N.A. Cabela's Club Visa)** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The **Notice of Creditor Change of Address (Capital One Bank (USA) N.A. Cabela's Club Visa) received by mail requires the filer's written signed signature on the document.**

You must file **Notice of Creditor Change of Address (Capital One Bank (USA) N.A. Cabela's Club Visa) received by mail requires the filer's written signed signature listed** within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in your bankruptcy case.

**Please attach a copy of this Notice to the front of the Notice of Creditor Change of Address (Capital One Bank (USA) N.A. Cabela's Club Visa) received by mail requires the filer's written signed signature listed that is filed in response to this Notice.**

|  |  |
|---|---|
| March 15, 2019 | By:    Lylenn Fox |
| Date | Deputy Clerk |

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Todd A. Martin  
      Debtor

Case No. 18-20699-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: lkat     Page 1 of 1     Date Rcvd: Mar 18, 2019  
                 Form ID: pdf901     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 19 2019 03:01:17  
          CAPITAL ONE BANK (USA), N.A.,    CABELA'S CLUB VISA,    by American Infosource as agent,  
          4515 N Santa Fe Ave.,    Oklahoma City, OK 73118-7901  
                                                                                                                                                                    TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2019 at the address(es) listed below:  
          Bryan P. Keenan    on behalf of Debtor Todd A. Martin keenan662@gmail.com, melindap662@gmail.com  
          Bryan P. Keenan    on behalf of Debtor Katrina B. Martin keenan662@gmail.com,  
          melindap662@gmail.com  
          James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
          Jeffrey R. Hunt    on behalf of Creditor    Township of South Park/South Park School District  
          jhunt@grblaw.com, cnoroski@grblaw.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                                                                                                     TOTAL: 7