# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No.  18-20699-GLT |
| : | 18-21265-  CMB |
| KATRINA B. MARTIN, : | Jointly Administered |
| : | |
| *Debtor(s)*. : | Chapter 13 |
| : | |
| : | |
| HYUNDAI LEASE TITLING TRUST, : | |
| : | |
| *Movant(s)*, : | |
| v. : | |
| : | |
| KATRINA B. MARTIN, : | |
| : | |
| *Respondent(s)*. : | |

### NOTICE OF TELEPHONIC HEARING AND RESPONSE DEADLINE REGARDING MOTION OF HYUNDAI LEASE TITLING TRUST FOR RELIEF FROM THE AUTOMATIC STAY <u>(TELEPHONIC PROCEDURE EFFECTIVE MARCH 13, 2020)</u>

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than June 15, 2020 (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A **telephonic** hearing will be held on July 15, 2020 at 10:00 a.m. before Judge Gregory L. Taddonio. Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at www.CourtCall.com or at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing.  All counsel and parties participating telephonically shall comply with Judge Taddonio's <u>Modified Telephonic Procedures</u> (effective March 13, 2020), which can be found at www.pawb.uscourts.gov/procedures-2.

      Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service:  May 28, 2020        William E. Craig
                                                                                       Attorney for Movant/Applicant
                                                                                        /s/ William E. Craig
                                                                                        110 Marter Avenue
                                                                                        Suite 301
                                                                                        Moorestown, NJ 08057
                                                                                        (856) 866-0100
                                                                                        92329-PA