IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| KATRINA B. MARTIN, ) | |
| **Debtor(s)** ) | Bankruptcy No. 18-20699-GLT |
| ) | 18-21265- CMB |
| HYUNDAI LEASE TITLING TRUST, ) | Jointly Administered |
| **Movant** ) | |
| ) | Chapter 13 |
| v. ) | |
| ) | |
| KATRINA B. MARTIN, ) | Related To Document No. 89 and 90 |
| **Respondent(s)** ) | |
| ) | **Response Deadline:  6/15/20** |
| RONDA J. WINNECOUR, ) | |
| **Trustee** ) | **Hearing Date:  7/15/20 at 10:00 AM** |
| ) | |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on May 28, 2020 I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Amended Motion For Relief From Stay filed in this proceeding on:

| | |
|---|---|
| Katrina B. Martin | Bryan P. Keenan, Esq. |
| 3073 Sebolt Road | 993 Greentree Road |
| South Park, PA 15129 | Suite 101 |
| (Debtor) | Pittsburgh, PA 15220 |
| | (Attorney For Debtor) |
| | |
| Ronda J. Winnecour | Office of the United States Trustee |
| Suite 3250, USX Tower | Liberty Center |
| 600 Grant Street | 1001 Liberty Avenue, Suite 970 |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| (Trustee) | (U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com