**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/25/2020

IN RE:

TODD A. MARTIN
KATRINA B MARTIN
3073 SEBOLT ROAD
SOUTH PARK,  PA  15129
XXX-XX-3685          Debtor(s)

XXX-XX-4702

Case No.18-20699 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/25/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim # | INT % | Court Claim # | CRED DESC | ACCOUNT NO. | CLAIM | COMMENT |
|---|---|---|---|---|---|---|---|
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | 1 | 0.00% |  | NOTICE ONLY |  | 0.00 | QUICKEN LNS/PRAE |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC**<br>635 WOODWARD AVE<br>DETROIT, MI 48226 | 2 | 0.00% | 1 | MORTGAGE REGULAR PAYMEN | 8026 | 0.00 | PMT/DECL*DKT4PMT-LMT*BGN 5/18 |
| **ASPIRE VISA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | 3 | 0.00% |  | UNSECURED CREDITOR | 3119 | 0.00 | NO ADR~ATLANTICUS/SCH |
| **BANK OF AMERICA NA**++**<br>POB 26012<br>NC4-105-02-77<br>GREENSBORO, NC 27410 | 4 | 0.00% |  | UNSECURED CREDITOR | 0915 | 0.00 |  |
| **BARCLAYS BANK DELAWARE**<br>125 S WEST ST<br>WILMINGTON, DE 19801 | 5 | 0.00% |  | UNSECURED CREDITOR | 9351 | 0.00 | NT ADR/SCH |
| **BEST BUY CREDIT SERVICES**<br>PO BOX 790441<br>SAINT LOUIS, MO 63179 | 6 | 0.00% |  | UNSECURED CREDITOR | 8153 | 0.00 |  |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | 7 | 0.00% | 8 | UNSECURED CREDITOR | 1237 | 3,483.49 | CAPITAL ONE BANK |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | 8 | 0.00% | 11 | UNSECURED CREDITOR | 9950 | 1,573.72 | CAPITAL ONE BANK |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | 9 | 0.00% | 9 | UNSECURED CREDITOR | 1076 | 1,337.11 | CAPITAL ONE BANK |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | 10 | 0.00% | 14 | UNSECURED CREDITOR | 1862 | 928.32 | CAPITAL ONE BANK |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1323 | |
| **CITIBANK NA(*)++**<br>4740 121ST ST<br><br>URBANDALE, IA 50323 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SEARS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1929 | |
| **PYOD LLC - ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 1,429.54<br>COMMENT: CITIBANK*SUNOCO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9273 | |
| **CITIBANK NA(*)++**<br>4740 121ST ST<br><br>URBANDALE, IA 50323 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: THD/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7884 | |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 2,065.86<br>COMMENT: COMENITY BANK~RESTORATION HARDWARE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0150 | |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 2,051.40<br>COMMENT: SPORTMANS GUIDE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2107 | |
| **CREDIT FIRST NA***<br>BK 13 CREDIT OPERATIONS*<br>POB 818011*<br>CLEVELAND, OH 44181-8011 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 2,365.78<br>COMMENT: 3420/SCH*FIRESTONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3685 | |
| **QUANTUM3 GROUP LLC AGENT - VELOCITY INV**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 9,520.94<br>COMMENT: LENDING CLUB/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5962 | |
| **BILL ME LATER INC A/S/F SYNCHRONY BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 4,905.07<br>COMMENT: PAYPAL CREDIT/SCH*FR COMENITY CAPITAL BANK-DOC 63 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4637 | |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~AMAZON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0451 | |

| Creditor | Trustee Claim # | INT % | Court Claim # | CRED DESC | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | 21 | 0.00% | | UNSECURED CREDITOR | 4391 | 0.00 | NT ADR~LOWES/SCH |
| QUANTUM3 GROUP LLC AGENT - VELOCITY INV<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 22 | 0.00% | 4 | UNSECURED CREDITOR | 2366 | 19,313.92 | NO$/SCH*PROSPER FUNDING |
| CAPITAL ONE BANK (USA) NA CABELAS CLUB V<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | 23 | 0.00% | 2 | UNSECURED CREDITOR | 3248 | 6,569.25 | WORLD'S FOREMOST BANK/SCH |
| BURTON NEIL<br>BURTON NEIL & ASSOC PC<br>1060 ANDREW DR STE 170<br>WEST CHESTER, PA 19380 | 24 | 0.00% | | SPECIAL NOTICE ONLY | | 0.00 | |
| JAFFE AND ASHER LLP<br>600 THIRD AVE<br>NEW YORK, NY 10016-1901 | 25 | 0.00% | | SPECIAL NOTICE ONLY | | 0.00 | NT ADR/SCH |
| MRS ASSOCIATES INC<br>1930 OLNEY AVE<br>CHERRY HILL, NJ 08003 | 26 | 0.00% | | SPECIAL NOTICE ONLY | | 0.00 | |
| QUICKEN LOANS LLC FKA QUICKEN LOANS INC<br>635 WOODWARD AVE<br>DETROIT, MI 48226 | 27 | 0.00% | 1 | MORTGAGE ARR. | 8026 | 1,124.60 | $/CL-PL*THRU 4/18 |
| HYUNDAI LEASE TITLING TRUST<br>PO BOX 20825<br>FOUNTAIN VALLEY, CA 92728 | 28 | 0.00% | CL1 | PRIORITY CREDITOR | 9332 | 11,300.75 | RS/DOE*CLGOVS*11,300.75/CL*10746.50/PL*DTR WIFE ONLY~CL1 FLD@CASE 18-2 |
| US BANK NA**<br>PO BOX 5227<br>CINCINNATI, OH 45201-5227 | 29 | 0.00% | CL2 | UNSECURED CREDITOR | 1281 | 3,138.24 | CL2 FLD@CONSOLIDATED CASE 18-21265*/AMD F*7-5-18 |
| SOUTH PARK SD & S PARK TWP (EIT)<br>C/O JORDAN TAX SVC - DLNQ YRS<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | 30 | 0.00% | CL3 | PRIORITY CREDITOR | 4702 | 254.10 | $@0%/CL-PL*2015/CL*DTR WIFE ONLY~CL3 FLD@CONSOLIDATED CASE 18-21265 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: CL4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3780 | CLAIM: 3,379.50<br>COMMENT: MATTRESS FIRM/SYNCHRONY BANK*CL4 FLD@CONSOLIDATED CASE 18-21265*/. |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 13 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2323 | CLAIM: 866.06<br>COMMENT: NORTH STAR CAPITAL*ACCT NT/SCH*CAPITAL ONE BANK*STALE-DATED*DK |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 15 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1856 | CLAIM: 624.56<br>COMMENT: NORTH STAR CAPITAL*ACCT NT/SCH*CAPITAL ONE BANK*STALE-DATED*DK |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: CL18 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7749 | CLAIM: 3,494.31<br>COMMENT: /AMD SCH F*7-5-18*CL18 FLD @ 18-21265 |
| **BARCLAYS BANK DELAWARE**<br>125 S WEST ST<br>WILMINGTON, DE 19801 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7361 | CLAIM: 0.00<br>COMMENT: NT ADR/AMD F*7-5-18 |
| **CHASE(*)**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6973 | CLAIM: 0.00<br>COMMENT: NT ADR/AMD F*7-5-18 |
| **CHASE(*)**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5590 | CLAIM: 0.00<br>COMMENT: NT ADR/AMD F*7-5-18 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: CL12 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0734 | CLAIM: 4,918.16<br>COMMENT: CITBANK~COSTCO/AMD F*7-5-18*CL12 FLD @ 18-21265 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: CL14 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4289 | CLAIM: 1,754.57<br>COMMENT: 4702~CITIBANK/AMD F*7-5-18*CL14 FLD @ 18-21265 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: CL13 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4793 | CLAIM: 3,453.11<br>COMMENT: NO ACCT~CITIBANK/AMD F*7-5-18*CL13 FLD @ 18-21265 |

| Creditor | Trustee Claim / Court Claim | Credit Info |
|---|---|---|
| **NORDSTROM FSB**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC* - ASGI<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: CL15<br>CLAIM: 1,006.31<br>COMMENT: REF 3423836288*/AMD F*7-5-18*CL15 FLD @ 18-21265 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0881 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: CL17<br>CLAIM: 960.25<br>COMMENT: /AMD F*7-5-18*CL17 FLD @ 18-21265 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4523 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: CL10<br>CLAIM: 780.34<br>COMMENT: CITIBANK~SUNOCO/AMD F*7-5-18*CL10 FLD@18-21265 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8196 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: CL11<br>CLAIM: 5,903.60<br>COMMENT: NO ACCT/AMD F*7-5-18*HOME DEPOT/CITIBANK*CL11 FLD @ 18-21265 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7884 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: CL6<br>CLAIM: 7,656.26<br>COMMENT: WILLIAMS-SONOMA*/AMD F*7-5-18*CL6 FLD@CONSOLIDATED CASE 18-21265*DTF | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7792 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: CL5<br>CLAIM: 3,836.16<br>COMMENT: SYNC~OLD NAVY/AMD F*7-5-18*CL5 FLD@CONSOLIDATED CASE 18-21265*DTR W | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6930 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: CL7<br>CLAIM: 1,498.95<br>COMMENT: /AMD F*7-5-18*CRATE AND BARREL*CL7 FLD@18-21265 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4065 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: CL8<br>CLAIM: 1,757.53<br>COMMENT: EDDIE BAUER/AMD F*7-5-18*CL8 FLD@18-21265 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9633 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: CL9<br>CLAIM: 2,371.40<br>COMMENT: 2001/AMD F*7-5-18*POTTERY BARN*CL9 FLD@18-21265 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2011 |
| **TD BANK USA NA****<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: CL16<br>CLAIM: 2,732.46<br>COMMENT: /AMD F*7-5-18*CL16 FLD @ 18-21265 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7596 |

CLAIM RECORDS

| WILLIAM CRAIG ESQ | Trustee Claim Number:51  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| MORTON AND CRAIG | Court Claim Number: | ACCOUNT NO.: |
| 110 MARTER AVE STE 301 | | |
| | CLAIM:  0.00 | |
| MOORESTOWN, NJ  08057 | COMMENT:  HYUNDAI LEASING/PRAE | |

| SYNCHRONY BANK | Trustee Claim Number:52  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  0451 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  AMAZON/PRAE | |