IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Todd A. Martin ) | Case No.: 18-20699GLT |
| Katrina B Martin ) | Chapter 13 |
|     Debtor(s) ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | Related to Claim No. 13 |
| Trustee, ) | |
|     Movant, ) | |
|       Vs. ) | |
| LVNV Funding, LLC its successors and ) | |
| assigns as assignee of North Star ) | |
| Capital Acquisition LLC ) | |
|     Respondent(s) ) | |

## CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S OBJECTION TO CLAIM NO._13

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Objection filed on October 2, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Objection appears thereon. Pursuant to the Hearing Notice, responses to the Trustee's Objection were to be filed and served no later than November 2, 2020.

11/4/2020                                                    /s/ Ronda J. Winnecour

Date                                                                Ronda J. Winnecour (PA I.D. #30399)
Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com