**LOCAL BANKRUTPCY RULE NO. 4
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** ) | **Bankruptcy No. 18-20699-GLT** |
| **Todd A. Martin** ) | **Chapter 13** |
| **Karina B. Martin** ) | |
|     **Debtor(s)** ) | **Doc. No.** |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

   **XX The Debtors are not required to pay any Domestic Support Obligations**

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On August 9, 2018 at docket number 59 the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by **undersigned Counsel duly questioned the Debtors about the statements in this Certification and verified the answers in support of this Certification.]**

                                          Respectfully submitted,

Dated: **May 11, 2021**        **/s/Bryan P. Keenan**
                                          **Bryan P. Keenan, PA ID # 89053**
                                          **Bryan P. Keenan & Associates, P.C.**
                                          **Attorneys for Debtor**
                                          **993 Greentree Road, Suite 101**
                                          **Pittsburgh, PA 15220**
                                          **(412)-922-5116**
                                          **keenan662@gmail.com**