**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/14/21 12:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

   TODD A. MARTIN

KATRINA B MARTIN

         Debtor(s)

   Ronda J. Winnecour, Trustee

    Movant

      vs.

   TODD A. MARTIN

KATRINA B MARTIN

      Respondents

Case No.18-20699GLT

Chapter 13

Related to Dkt. No. 117

---

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this   14th  day of   May   2021,         it is hereby ORDERED, ADJUDGED, and DECREED that,

Keane Wire Line Services
Attn: Payroll Manager
5825 N Sam Houston Pkwy W
Suite 600
Houston,TX 77086

is hereby ordered to immediately terminate the attachment of the wages of TODD A. MARTIN,

social security number XXX-XX-3685.   No future payments are to be sent to Ronda J.

Winnecour, Trustee on behalf of TODD A. MARTIN.

BY THE COURT:

GREGORY L. TADDONIO jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                             Case No. 18-20699-GLT

Todd A. Martin                                Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: nsha | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 14, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd A. Martin, 3073 Sebolt Road, South Park, PA 15129-9556 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2021                 Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Todd A. Martin keenan662@gmail.com  melindap662@gmail.com |
| Bryan P. Keenan | on behalf of Debtor Katrina B. Martin keenan662@gmail.com  melindap662@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of South Park/South Park School District jhunt@grblaw.com  cnoroski@grblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2        User: nsha        Page 2 of 2

Date Rcvd: May 14, 2021        Form ID: pdf900        Total Noticed: 1

S. James Wallace
       on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

William E. Craig
       on behalf of Creditor Hyundai Lease Titling Trust ecfmail@mortoncraig.com
       mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 8