FILED
5/18/21 10:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  TODD A. MARTIN<br>KATRINA B MARTIN<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  TODD A. MARTIN<br>KATRINA B MARTIN<br><br>      Respondents | Case No.18-20699GLT<br><br>Chapter 13<br><br>Related to Docket No. 120 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  _18th Day of May, 2021_  , it is hereby ORDERED, ADJUDGED, and DECREED that,

Nextier Oil Field Services
Attn: Payroll Department
3990 Rogerdale Rd
Houston, TX 77042

is hereby ordered to immediately terminate the attachment of the wages of TODD A. MARTIN, social security number XXX-XX-3685. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of TODD A. MARTIN.

FURTHER ORDERED:

BY THE COURT:

_[signature]_
**drb**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Todd A. Martin  
    Debtor

Case No. 18-20699-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: nsha      Page 1 of 2  
Date Rcvd: May 18, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Todd A. Martin, 3073 Sebolt Road, South Park, PA 15129-9556 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Katrina B. Martin keenan662@gmail.com melindap662@gmail.com |
| Bryan P. Keenan | on behalf of Debtor Todd A. Martin keenan662@gmail.com melindap662@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of South Park/South Park School District jhunt@grblaw.com cnoroski@grblaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2      User: nsha      Page 2 of 2
Date Rcvd: May 18, 2021      Form ID: pdf900      Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

William E. Craig
    on behalf of Creditor Hyundai Lease Titling Trust ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9