FILED
5/25/21 3:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Jointly Administered |
| **Todd A. Martin** | ) | Bankruptcy No. 18-20699-GLT |
| **Katrina B. Martin** | ) | Chapter 13 |
| Debtor | ) | Doc No. __ |
| **Bryan Keenan, Esquire** | ) | |
| APPLICANT | ) | Related to Docket No. 123 |
| vs. | ) | |
| No Respondent(s) | ) | |

**STIPULATED ORDER CONCERNING COMPENSATION TO BE PAID TO DEBTORS COUNSEL IN ACCORDANCE WITH THE CONFIRMED PLAN**

WHEREAS, the Debtor, Todd a Martin filed for relief on February 27, 2018.

WHEREAS, the Debtor, Katrina B. Martin, filed for relief on March 31, 2018 and by order of court dated May 23, 2018 and order was entered at document number 29, which provided for a joint administration of estates.

WHEREAS, the Debtors confirmed plan dated July 10, 2018 provided for Debtor's counsel to receive the no look fee of $4,500.00 and provided for an additional **$3,500.00** t0 be sought through a fee application for a cumulative total of $8,000.00.

WHEREAS, on June 1, 2020 an interim order was entered approving counsels fee application for legal services rendered and costs incurred on behalf of the Debtors for the period from March 2, 2017 through May 11, 2020 in the total amount of $7,268.85 which represents $6,912.50 in attorney fees and $356.35 in costs.

WHEREAS, the plan base in this case has been met and no further payments are due to be paid over to the Chapter 13 Trustee.

WHEREAS, the trustee has sufficient funds on hand to pay counsel an additional $587.50 in accordance with the confirmed plan.

WHEREAS, $143.35 was set aside by counsel for future costs.

WHEREAS, an additional remains $925.00 due to debtors counsel for legal services rendered from May 9, 2020 through May 24, 2021. Annexed hereto as Exhibit A is a true and correct copy of an itemization of time spent in this Chapter 13 Case by the Applicant for the period from May 9, 2020 through May 24, 2021.

WHEREAS, the professional services performed by the Applicant were performed for the benefit of this Estate.

Page **1** of **3**

WHEREAS, to avoid any issues or controversies concerning what amount is due to Debtor's Counsel, the Trustee has requested that the Debtors expressly agree to the amount to be paid to counsel.

NOW, THEREFORE, the parties, consisting of the Debtors, Todd A. Martin and Katrina B. Martin, Debtors counsel, Bryan P. Keenan, Esquire and RONDA J. WINNECOUR, Chapter 13 Trustee, agree as follows:

1. The Trustee will pay Debtor's counsel $587.50, which represents the remaining sum due in accordance with the confirmed plan dated July 10, 2018.

2. The Debtor Todd A. Martin and Katrina B. Martin agrees that counsel is entitled to be paid $587.50 by the Chapter 13 Trustee.

3. The Debtor Todd A. Martin and Katrina B. Martin agrees that counsel is entitled to use the $143.35 that was set aside for future costs towards the outstanding fees.

4. The Debtors represent and warrant that they have had an opportunity to fully review the provisions of this stipulated order with attorneys of their own choice, as well as to review the Trustee's records of receipts and disbursements in this case, as a result of which they acknowledge and agree that they signed this stipulated order knowingly, voluntarily, and of their own free will.

5. Debtor's Counsel expressly waives any fees beyond $730.85, which represents the sum of $587.50 to be paid by the Chapter 13 trustee and the $143.35 that was set aside by counsel for future costs.

So ORDERED, this  25th Day of May                                                     , 2021.

Honorable Gregory L. Taddonio
U.S. Bankruptcy Judge

AGREED TO:

| | |
|---|---|
| /s/ Ronda Winnecour<br>Ronda Winnecour, Esquire,<br>PA I.D. 30399<br>Chapter 13 Trustee<br>US Steel Tower – Suite 3250<br>600 Grant St.<br>Pittsburgh, PA 15219<br>(412) 471-5566<br>E-mail: rwinnecour@chapter13trusteewdpa.com | Date: May 24, 2021 |
| /s/ Bryan P. Keenan<br>Bryan P. Keenan, PA ID No. 89053<br>Bryan P. Keenan & Associates P.C.<br>993 Greentree Road, Suite 101<br>Pittsburgh, PA 15220<br>(412) 922-5116<br>keenan662@gmail.com | Date: May 24, 2021 |
| /s/ Todd A. Martin<br>Todd A. Martin<br>3073 Sebolt Road<br>South Park, PA 15129 | Date: May 24, 2021 |
| /s/ Katrina B. Martin<br>Katrina B. Martin<br>3073 Sebolt Road<br>South Park, PA 15129 | Date: May 24, 2021 |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20699-GLT |
| Todd A. Martin | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 2 |
| Date Rcvd: May 25, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd A. Martin, 3073 Sebolt Road, South Park, PA 15129-9556 |
| | + | Katrina B. Martin, 3073 Sebolt Road, South Park, PA 15129-9556 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Katrina B. Martin keenan662@gmail.com melindap662@gmail.com |
| Bryan P. Keenan | on behalf of Debtor Todd A. Martin keenan662@gmail.com melindap662@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of South Park/South Park School District jhunt@grblaw.com cnoroski@grblaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: bsil | Page 2 of 2
Date Rcvd: May 25, 2021 | Form ID: pdf900 | Total Noticed: 2

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

William E. Craig
    on behalf of Creditor Hyundai Lease Titling Trust ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9