Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Todd A. Martin**  : Case No. 18−20699−GLT
*Debtor(s)*  : Chapter: 13
 :
**RONDA J. WINNECOUR, Trustee,**  :
*Movant(s),*  :
 :
v.  : Related to Document No. 128
**No Respondents**  :
*Respondent(s).*  : Hearing Date: 9/22/21 at 11:00 AM

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 28th of July, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 128 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)  *On or before September 10, 2021*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)  This Motion is scheduled for hearing on *September 22, 2021 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* SUBJECT TO CLOSURE WITHOUT A DISCHARGE *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20699-GLT |
| Todd A. Martin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 4 |
| Date Rcvd: Jul 28, 2021 | Form ID: 604 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd A. Martin, 3073 Sebolt Road, South Park, PA 15129-9556 |
| 14876446 | | Aspire/atlanticus, PO Box 105555, Atlanta, GA 30348-5555 |
| 14780917 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14876445 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14780918 | + | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14876447 | + | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 14856407 | | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14780927 | + | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 14876436 | + | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley , CA 92728-0825 |
| 14780928 | + | Jaffe and Asher LLP, c/o Amy Doyle Esquire, 11 East Market Street Suite 102, York, PA 17401-1263 |
| 14780930 | + | MRS, Re: Chase Bank USA N.A., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14876442 | + | Nordstrom, Inc., Jefferson Capita l Systems LLC Assignee, Po Box 7999, Saint Cloud M n 56302- 56302-7999 |
| 14876438 | + | Township of South Park & South Park SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 28 2021 23:10:00 | Hyundai Lease Titling Trust, P.O. Box 20829, Fountain Valley, CA 92728-0829 |
| 14780919 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2021 23:18:33 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14856073 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 28 2021 23:18:28 | CAPITAL ONE BANK (USA), N.A., CABELA'S CLUB VISA, by American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14780920 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 28 2021 23:18:26 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14780922 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2021 23:18:33 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14780923 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2021 23:18:33 | Citibank/Sunoco, Citicorp Credit Card/Centralized Bankrup, Po Box 790040, St Louis, MO 63179-0040 |
| 14780924 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2021 23:18:33 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14780925 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2021 23:09:00 | Comenity Bank/Restoreration Hardware, Po Box 182125, Columbus, OH 43218-2125 |
| 14780926 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2021 23:09:00 | Comenity Bank/Sportsmans Guide, Po Box 182125, Columbus, OH 43218-2125 |
| 14867072 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 28 2021 23:09:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14780921 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 28 2021 23:18:25 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14876448 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 28 2021 23:18:25 | Chase Card Services, Correspondence Dept., PO Box 15298, Wilmington, DE 19850 |
| 14876441 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2021 23:18:28 | LVNV Funding, LLC its successors and, assigns as assignee o f Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14867143 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2021 23:18:28 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14866713 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2021 23:18:28 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14780929 | + | Email/Text: bk@lendingclub.com | Jul 28 2021 23:10:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 14876444 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 28 2021 23:09:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14782670 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 28 2021 23:18:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14866837 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2021 23:18:39 | PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14780931 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 28 2021 23:18:36 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14876439 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 28 2021 23:18:32 | Portfolio Recovery Associate s, LLC, POB 12914, Norfolk VA 23541-0914 |
| 14863773 | | Email/Text: bnc-quantum@quantum3group.com | Jul 28 2021 23:09:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14866161 | | Email/Text: bnc-quantum@quantum3group.com | Jul 28 2021 23:09:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14876440 | | Email/Text: bnc-quantum@quantum3group.com | Jul 28 2021 23:09:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC; Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14862387 | | Email/Text: bnc-quantum@quantum3group.com | Jul 28 2021 23:09:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14834255 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 28 2021 23:10:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14921120 | + | Email/Text: bncmail@w-legal.com | Jul 28 2021 23:10:00 | Synchrony Bank, C/O Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14780933 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 28 2021 23:18:26 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14780934 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 28 2021 23:18:31 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14876443 | + | Email/Text: bncmail@w-legal.com | Jul 28 2021 23:10:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, ST E 400, SEATTLE, WA 98121-3132 |

| District/off: 0315-2 | User: jhel | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: 604 | Total Noticed: 45 |

| 14876437 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
|---|---|---|---|
| | | Jul 28 2021 23:10:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14780935 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | Jul 28 2021 23:18:26 | Worlds Foremost Bank, 4800 Nw 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| 14780932 | | Quicken Loans |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 30, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Todd A. Martin keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Bryan P. Keenan | on behalf of Debtor Katrina B. Martin keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of South Park/South Park School District jhunt@grblaw.com cnoroski@grblaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| William E. Craig | on behalf of Creditor Hyundai Lease Titling Trust ecfmail@mortoncraig.com |

District/off: 0315-2     User: jhel     Page 4 of 4
Date Rcvd: Jul 28, 2021     Form ID: 604     Total Noticed: 45

mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9