**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TODD A. MARTIN<br>KATRINA B MARTIN<br>     Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>          Movant<br>    vs.<br>No Respondents. | Case No.:18-20699<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

July 26, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 02/27/2018 and confirmed on 6/7/18 . The case was subsequently    Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 75,920.00 |
| Less Refunds to Debtor | 1,410.92 | |
| TOTAL AMOUNT OF PLAN FUND | | 74,509.08 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 5,807.00 | |
|    Trustee Fee | 4,023.41 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,830.41 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAI | 0.00 | 38,475.82 | 0.00 | 38,475.82 |
|     Acct: 8026 | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAI | 1,124.60 | 1,124.60 | 0.00 | 1,124.60 |
|     Acct: 8026 | | | | |
| | | | | 39,600.42 |
| **Priority** | | | | |
|   BRYAN P KEENAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TODD A. MARTIN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TODD A. MARTIN | 1,410.92 | 1,410.92 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN ESQ | 2,307.00 | 2,307.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN ESQ | 2,912.50 | 2,912.50 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX9-20 | | | | |
|   BRYAN P KEENAN ESQ | 587.50 | 587.50 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXX4/21 | | | | |
|   HYUNDAI LEASE TITLING TRUST | 11,300.75 | 11,300.75 | 0.00 | 11,300.75 |
|     Acct: 9332 | | | | |
|   SOUTH PARK SD & S PARK TWP (EIT) | 254.10 | 254.10 | 0.00 | 254.10 |
|     Acct: 4702 | | | | |
| | | | | 11,554.85 |
| **Unsecured** | | | | |
|   ASPIRE VISA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3119 | | | | |
|   BANK OF AMERICA NA**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0915 | | | | |
|   BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9351 | | | | |
|   BEST BUY CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8153 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 3,483.49 | 452.16 | 0.00 | 452.16 |
| Acct: 1237 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,573.72 | 204.27 | 0.00 | 204.27 |
| Acct: 9950 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,337.11 | 173.56 | 0.00 | 173.56 |
| Acct: 1076 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 928.32 | 120.50 | 0.00 | 120.50 |
| Acct: 1862 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1323 | | | | |
| CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1929 | | | | |
| PYOD LLC - ASSIGNEE | 1,429.54 | 185.56 | 0.00 | 185.56 |
| Acct: 9273 | | | | |
| CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7884 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 2,065.86 | 268.15 | 0.00 | 268.15 |
| Acct: 0150 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 2,051.40 | 266.27 | 0.00 | 266.27 |
| Acct: 2107 | | | | |
| CREDIT FIRST NA* | 2,365.78 | 307.08 | 0.00 | 307.08 |
| Acct: 3685 | | | | |
| QUANTUM3 GROUP LLC AGENT - VELOC | 9,520.94 | 1,235.82 | 0.00 | 1,235.82 |
| Acct: 5962 | | | | |
| BILL ME LATER INC A/S/F SYNCHRONY B | 4,905.07 | 636.69 | 0.00 | 636.69 |
| Acct: 4637 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0451 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4391 | | | | |
| QUANTUM3 GROUP LLC AGENT - VELOC | 19,313.92 | 2,506.97 | 0.00 | 2,506.97 |
| Acct: 2366 | | | | |
| CAPITAL ONE BANK (USA) NA CABELAS C | 6,569.25 | 852.69 | 0.00 | 852.69 |
| Acct: 3248 | | | | |
| US BANK NA** | 3,138.24 | 407.34 | 0.00 | 407.34 |
| Acct: 1281 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,379.50 | 438.66 | 0.00 | 438.66 |
| Acct: 3780 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2323 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1856 | | | | |
| BANK OF AMERICA NA** | 3,494.31 | 453.57 | 0.00 | 453.57 |
| Acct: 7749 | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7361 | | | | |
| CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6973 | | | | |
| CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5590 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 4,918.16 | 638.39 | 0.00 | 638.39 |
| Acct: 0734 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,754.57 | 227.74 | 0.00 | 227.74 |
| Acct: 4289 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 3,453.11 | 448.22 | 0.00 | 448.22 |
| Acct: 4793 | | | | |
| NORDSTROM FSB | 1,006.31 | 130.62 | 0.00 | 130.62 |
| Acct: 0881 | | | | |
| PNC BANK NA | 960.25 | 124.64 | 0.00 | 124.64 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 4523 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 780.34 | 101.29 | 0.00 | 101.29 |
| | Acct: 8196 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 5,903.60 | 766.30 | 0.00 | 766.30 |
| | Acct: 7884 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENI | 7,656.26 | 993.79 | 0.00 | 993.79 |
| | Acct: 7792 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA F | 3,836.16 | 497.94 | 0.00 | 497.94 |
| | Acct: 6930 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENI | 1,498.95 | 194.57 | 0.00 | 194.57 |
| | Acct: 4065 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENI | 1,757.53 | 228.12 | 0.00 | 228.12 |
| | Acct: 9633 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENI | 2,371.40 | 307.81 | 0.00 | 307.81 |
| | Acct: 2011 | | | | |
| | TD BANK USA NA** | 2,732.46 | 354.68 | 0.00 | 354.68 |
| | Acct: 7596 | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0451 | | | | |
| | BURTON NEIL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JAFFE AND ASHER LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MRS ASSOCIATES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 13,523.40 |

TOTAL PAID TO CREDITORS                                                                64,678.67

TOTAL CLAIMED
PRIORITY         11,554.85
SECURED           1,124.60
UNSECURED       104,185.55

Date: 07/26/2021                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    TODD A. MARTIN
    KATRINA B MARTIN
           Debtor(s)

    Ronda J. Winnecour
          Movant
      vs.
    No Repondents.

Case No.:18-20699

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Todd A. Martin  
    Debtor

Case No. 18-20699-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 4  
Date Rcvd: Jul 28, 2021     Form ID: pdf900     Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd A. Martin, 3073 Sebolt Road, South Park, PA 15129-9556 |
| 14876446 | | Aspire/atlanticus, PO Box 105555, Atlanta, GA 30348-5555 |
| 14780917 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14876445 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14780918 | + | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14876447 | + | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 14856407 | | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14780927 | + | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 14876436 | + | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley , CA 92728-0825 |
| 14780928 | + | Jaffe and Asher LLP, c/o Amy Doyle Esquire, 11 East Market Street Suite 102, York, PA 17401-1263 |
| 14780930 | + | MRS, Re: Chase Bank USA N.A., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14876442 | + | Nordstrom, Inc., Jefferson Capita l Systems LLC Assignee, Po Box 7999, Saint Cloud M n 56302- 56302-7999 |
| 14876438 | + | Township of South Park & South Park SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 28 2021 23:10:00 | Hyundai Lease Titling Trust, P.O. Box 20829, Fountain Valley, CA 92728-0829 |
| 14780919 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2021 23:18:28 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14856073 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 28 2021 23:18:33 | CAPITAL ONE BANK (USA), N.A., CABELA'S CLUB VISA, by American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14780920 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 28 2021 23:18:26 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14780922 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2021 23:18:39 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14780923 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2021 23:18:39 | Citibank/Sunoco, Citicorp Credit Card/Centralized Bankrup, Po Box 790040, St Louis, MO 63179-0040 |
| 14780924 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2021 23:18:33 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14780925 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2021 23:09:00 | Comenity Bank/Restoreration Hardware, Po Box 182125, Columbus, OH 43218-2125 |
| 14780926 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2021 23:09:00 | Comenity Bank/Sportsmans Guide, Po Box 182125, Columbus, OH 43218-2125 |
| 14867072 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 18-20699-GLT    Doc 131    Filed 07/30/21    Entered 07/31/21 00:33:04    Desc
Imaged Certificate of Notice    Page 7 of 9

| District/off: 0315-2 | User: jhel | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: pdf900 | Total Noticed: 45 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 28 2021 23:09:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14780921 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 28 2021 23:18:36 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14876448 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 28 2021 23:18:25 | Chase Card Services, Correspondence Dept., PO Box 15298, Wilmington, DE 19850 |
| 14876441 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2021 23:18:28 | LVNV Funding, LLC its successors and, assigns as assignee o f Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14867143 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2021 23:18:33 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14866713 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2021 23:18:38 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14780929 | + | Email/Text: bk@lendingclub.com | Jul 28 2021 23:10:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 14876444 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 28 2021 23:09:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14782670 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 28 2021 23:18:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14866837 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2021 23:18:33 | PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14780931 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 28 2021 23:18:37 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14876439 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 28 2021 23:18:32 | Portfolio Recovery Associate s, LLC, POB 12914, Norfolk VA 23541-0914 |
| 14863773 | | Email/Text: bnc-quantum@quantum3group.com | Jul 28 2021 23:09:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14866161 | | Email/Text: bnc-quantum@quantum3group.com | Jul 28 2021 23:09:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14876440 | | Email/Text: bnc-quantum@quantum3group.com | Jul 28 2021 23:09:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC; Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14862387 | | Email/Text: bnc-quantum@quantum3group.com | Jul 28 2021 23:09:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14834255 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 28 2021 23:10:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14921120 | + | Email/Text: bncmail@w-legal.com | Jul 28 2021 23:10:00 | Synchrony Bank, C/O Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14780933 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 28 2021 23:18:37 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14780934 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 28 2021 23:18:31 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14876443 | + | Email/Text: bncmail@w-legal.com | Jul 28 2021 23:10:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, ST E 400, SEATTLE, WA 98121-3132 |

| District/off: 0315-2 | User: jhel | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: pdf900 | Total Noticed: 45 |

| 14876437 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| --- | --- | --- | --- | --- |
| | | | Jul 28 2021 23:10:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14780935 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | | Jul 28 2021 23:18:26 | Worlds Foremost Bank, 4800 Nw 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| 14780932 | | Quicken Loans |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 30, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Todd A. Martin keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Bryan P. Keenan | on behalf of Debtor Katrina B. Martin keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of South Park/South Park School District jhunt@grblaw.com cnoroski@grblaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| William E. Craig | on behalf of Creditor Hyundai Lease Titling Trust ecfmail@mortoncraig.com |

District/off: 0315-2     User: jhel     Page 4 of 4
Date Rcvd: Jul 28, 2021     Form ID: pdf900     Total Noticed: 45

mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9