IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/13/21 11:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    TODD A. MARTIN
    KATRINA B MARTIN
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:18-20699

Chapter 13

Related to Docket No. 128

ORDER OF COURT

AND NOW, this __13th Day of September, 2021__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
drb

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20699-GLT |
| Todd A. Martin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 4 |
| Date Rcvd: Sep 13, 2021 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Todd A. Martin, 3073 Sebolt Road, South Park, PA 15129-9556 |
| 14780917 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14876445 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14780918 | + | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14876447 | + | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 14856407 | | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14780927 | + | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 14876436 | + | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley , CA 92728-0825 |
| 14780928 | + | Jaffe and Asher LLP, c/o Amy Doyle Esquire, 11 East Market Street Suite 102, York, PA 17401-1263 |
| 14780930 | + | MRS, Re: Chase Bank USA N.A., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14876442 | + | Nordstrom, Inc., Jefferson Capita l Systems LLC Assignee, Po Box 7999, Saint Cloud M n 56302- 56302-7999 |
| 14876438 | + | Township of South Park & South Park SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 13 2021 23:22:00 | Hyundai Lease Titling Trust, P.O. Box 20829, Fountain Valley, CA 92728-0829 |
| 14876446 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 13 2021 23:22:00 | Aspire/atlanticus, PO Box 105555, Atlanta, GA 30348-5555 |
| 14780919 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 13 2021 23:36:25 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14856073 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 13 2021 23:26:20 | CAPITAL ONE BANK (USA), N.A., CABELA'S CLUB VISA, by American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14780920 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 13 2021 23:26:18 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14780922 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 13 2021 23:26:09 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14780923 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 13 2021 23:36:25 | Citibank/Sunoco, Citicorp Credit Card/Centralized Bankrup, Po Box 790040, St Louis, MO 63179-0040 |
| 14780924 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 13 2021 23:36:28 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14780925 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 13 2021 23:22:00 | Comenity Bank/Restoreration Hardware, Po Box 182125, Columbus, OH 43218-2125 |

Case 18-20699-GLT   Doc 136   Filed 09/15/21   Entered 09/16/21 00:29:32   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: dpas | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 13, 2021 | Form ID: pdf900 | Total Noticed: 45 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14780926 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 13 2021 23:22:00 | Comenity Bank/Sportsmans Guide, Po Box 182125, Columbus, OH 43218-2125 |
| 14867072 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 13 2021 23:22:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14780921 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 13 2021 23:26:12 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14876448 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 13 2021 23:26:18 | Chase Card Services, Correspondence Dept., PO Box 15298, Wilmington, DE 19850 |
| 14876441 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2021 23:26:09 | LVNV Funding, LLC its successors and, assigns as assignee o f Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14867143 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2021 23:26:09 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14866713 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2021 23:26:14 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14780929 | + | Email/Text: bk@lendingclub.com | Sep 13 2021 23:22:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 14876444 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 13 2021 23:22:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14782670 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 13 2021 23:26:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14866837 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2021 23:26:19 | PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14780931 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 13 2021 23:26:08 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14876439 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 13 2021 23:26:19 | Portfolio Recovery Associate s, LLC, POB 12914, Norfolk VA 23541-0914 |
| 14863773 | | Email/Text: bnc-quantum@quantum3group.com | Sep 13 2021 23:22:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14866161 | | Email/Text: bnc-quantum@quantum3group.com | Sep 13 2021 23:22:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14876440 | | Email/Text: bnc-quantum@quantum3group.com | Sep 13 2021 23:22:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC; Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14862387 | | Email/Text: bnc-quantum@quantum3group.com | Sep 13 2021 23:22:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14834255 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 13 2021 23:22:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14921120 | + | Email/Text: bncmail@w-legal.com | Sep 13 2021 23:22:00 | Synchrony Bank, C/O Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14780933 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 13 2021 23:26:08 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14780934 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 13 2021 23:26:13 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |

Case 18-20699-GLT   Doc 136   Filed 09/15/21   Entered 09/16/21 00:29:32   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: dpas | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 13, 2021 | Form ID: pdf900 | Total Noticed: 45 |

| 14876443 | + | Email/Text: bncmail@w-legal.com | Sep 13 2021 23:22:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, ST E 400, SEATTLE, WA 98121-3132 |
| 14876437 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 13 2021 23:22:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14780935 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 13 2021 23:26:18 | Worlds Foremost Bank, 4800 Nw 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 14780932 | | Quicken Loans |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2021         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Todd A. Martin keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Bryan P. Keenan | on behalf of Debtor Katrina B. Martin keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of South Park/South Park School District jhunt@grblaw.com  cnoroski@grblaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 — User: dpas — Page 4 of 4
Date Rcvd: Sep 13, 2021 — Form ID: pdf900 — Total Noticed: 45

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

William E. Craig
   on behalf of Creditor Hyundai Lease Titling Trust ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10