**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Todd A. Martin** | Social Security number or ITIN  **xxx–xx–3685** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _
EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **18–20699–GLT**

# Order of Discharge                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Todd A. Martin

<u>9/14/21</u>                                                                  **By the court:**    <u>Gregory L. Taddonio</u>
                                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-20699-GLT
Todd A. Martin  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dpas      Page 1 of 4
Date Rcvd: Sep 14, 2021      Form ID: 3180W      Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Todd A. Martin, 3073 Sebolt Road, South Park, PA 15129-9556 |
| 14876445 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14876436 | + | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley , CA 92728-0825 |
| 14780928 | + | Jaffe and Asher LLP, c/o Amy Doyle Esquire, 11 East Market Street Suite 102, York, PA 17401-1263 |
| 14780930 | + | MRS, Re: Chase Bank USA N.A., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14876442 | + | Nordstrom, Inc., Jefferson Capita l Systems LLC Assignee, Po Box 7999, Saint Cloud M n 56302- 56302-7999 |
| 14876438 | + | Township of South Park & South Park SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Sep 15 2021 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 14 2021 23:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Sep 15 2021 03:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 14 2021 23:37:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr + | EDI: HY11.COM | Sep 15 2021 03:38:00 | Hyundai Lease Titling Trust, P.O. Box 20829, Fountain Valley, CA 92728-0829 |
| 14876446 | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 14 2021 23:37:00 | Aspire/atlanticus, PO Box 105555, Atlanta, GA 30348-5555 |
| 14780917 + | EDI: BANKAMER.COM | Sep 15 2021 03:38:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14876447 | EDI: TSYS2.COM | Sep 15 2021 03:38:00 | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 14780918 + | EDI: TSYS2.COM | Sep 15 2021 03:38:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14780919 + | EDI: CITICORP.COM | Sep 15 2021 03:38:00 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14856073 + | EDI: AIS.COM | Sep 15 2021 03:38:00 | CAPITAL ONE BANK (USA), N.A., CABELA'S CLUB VISA, by American Infosource as agent, |

Case 18-20699-GLT   Doc 137   Filed 09/16/21   Entered 09/17/21 00:30:37   Desc
                        Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: dpas | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Sep 14, 2021 | Form ID: 3180W | Total Noticed: 47 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14780920 | + | EDI: CAPITALONE.COM | Sep 15 2021 03:38:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14780922 | + | EDI: CITICORP.COM | Sep 15 2021 03:38:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14780923 | + | EDI: CITICORP.COM | Sep 15 2021 03:38:00 | Citibank/Sunoco, Citicorp Credit Card/Centralized Bankrup, Po Box 790040, St Louis, MO 63179-0040 |
| 14780924 | + | EDI: CITICORP.COM | Sep 15 2021 03:38:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14780925 | + | EDI: WFNNB.COM | Sep 15 2021 03:38:00 | Comenity Bank/Restoreration Hardware, Po Box 182125, Columbus, OH 43218-2125 |
| 14780926 | + | EDI: WFNNB.COM | Sep 15 2021 03:38:00 | Comenity Bank/Sportsmans Guide, Po Box 182125, Columbus, OH 43218-2125 |
| 14867072 | + | EDI: WFNNB.COM | Sep 15 2021 03:38:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14856407 | | EDI: CRFRSTNA.COM | Sep 15 2021 03:38:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14780927 | + | EDI: CRFRSTNA.COM | Sep 15 2021 03:38:00 | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 14780921 | | EDI: JPMORGANCHASE | Sep 15 2021 03:38:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14876448 | | EDI: JPMORGANCHASE | Sep 15 2021 03:38:00 | Chase Card Services, Correspondence Dept., PO Box 15298, Wilmington, DE 19850 |
| 14876441 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2021 23:45:16 | LVNV Funding, LLC its successors and, assigns as assignee o f Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14867143 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2021 23:45:09 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14866713 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2021 23:45:09 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14780929 | + | Email/Text: bk@lendingclub.com | Sep 14 2021 23:37:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 14876444 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 14 2021 23:37:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14782670 | + | EDI: RECOVERYCORP.COM | Sep 15 2021 03:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14866837 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2021 23:45:04 | PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14780931 | + | EDI: RMSC.COM | Sep 15 2021 03:38:00 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14876439 | + | EDI: PRA.COM | Sep 15 2021 03:38:00 | Portfolio Recovery Associate s, LLC, POB 12914, Norfolk VA 23541-0914 |

Case 18-20699-GLT   Doc 137   Filed 09/16/21   Entered 09/17/21 00:30:37   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: dpas | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 14, 2021 | Form ID: 3180W | Total Noticed: 47 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14863773 | | EDI: Q3G.COM | Sep 15 2021 03:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14866161 | | EDI: Q3G.COM | Sep 15 2021 03:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14876440 | | EDI: Q3G.COM | Sep 15 2021 03:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC; Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14862387 | | EDI: Q3G.COM | Sep 15 2021 03:38:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14834255 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 14 2021 23:37:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14921120 | + | Email/Text: bncmail@w-legal.com | Sep 14 2021 23:37:00 | Synchrony Bank, C/O Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14780933 | + | EDI: RMSC.COM | Sep 15 2021 03:38:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14780934 | + | EDI: RMSC.COM | Sep 15 2021 03:38:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14876443 | + | Email/Text: bncmail@w-legal.com | Sep 14 2021 23:37:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, ST E 400, SEATTLE, WA 98121-3132 |
| 14876437 | | EDI: USBANKARS.COM | Sep 15 2021 03:38:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14780935 | + | EDI: CAPITALONE.COM | Sep 15 2021 03:38:00 | Worlds Foremost Bank, 4800 Nw 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 14780932 | | Quicken Loans |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2021          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Todd A. Martin keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Bryan P. Keenan | on behalf of Debtor Katrina B. Martin keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of South Park/South Park School District jhunt@grblaw.com cnoroski@grblaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| William E. Craig | on behalf of Creditor Hyundai Lease Titling Trust ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 10